# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| Lori J. Chase, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-6092-CV-SJ-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse And Remand And For Entry Of Final Judgment With Suggestions In Support*, filed May 18, 2011 [Doc. 8]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that *Defendant's Motion To Reverse And Remand And For Entry Of Final Judgment With Suggestions In Support*, filed May 18, 2011 [Doc. 8] is **GRANTED**. Accordingly, this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. §405(g).

                                                      */s/ John T. Maughmer*
                                                   **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**