IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| Lori J. Chase, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-6092-CV-SJ-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is *Plaintiff's Motion For And Memorandum In Support Of Award of EAJA Fees*, filed July 28, 2011 [Doc. 10]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that *Plaintiff's Motion For And Memorandum In Support Of Award of EAJA Fees*, filed July 28, 2011 [Doc. 10] is **GRANTED**. Accordingly, plaintiff is awarded $4,418.00 in EAJA fees and $350 reimbursement of the filing fee.

   */s/ John T. Maughmer*
   JOHN T. MAUGHMER
   U. S. MAGISTRATE JUDGE